Opinion filed August 16, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed August 16, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-07-00113-CR 

                                                    __________

 

                                  BRIAN SCOTT BARTON, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS,
Appellee

 



 

                                          On
Appeal from the 58th District Court

 

                                                       Jefferson
 County, Texas

 

                                                    Trial
Court Cause No. 93941

 



 

                                                                   O
P I N I O N

The jury
convicted Brian Scott Barton of aggravated assault, found that a deadly weapon
was used or exhibited in the commission of the offense, and found both
enhancement allegations to be true.  The
jury assessed his punishment at confinement for thirty years.  We affirm.








Appellant=s
court-appointed counsel has filed a motion to withdraw.  The motion is supported by a brief in which
counsel professionally and conscientiously examines the record and applicable
law and states that she has concluded that the appeal is frivolous.  Counsel has provided appellant with a copy of
the brief and advised appellant of his right to review the record and file a
response to counsel=s
brief.  A response has not been filed.
Court-appointed counsel has complied with the requirements of Anders v.
California, 386 U.S. 738 (1967); Stafford v. State, 813 S.W.2d 503
(Tex. Crim. App. 1991); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); Gainous
v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969); Eaden v. State, 161
S.W.3d 173 (Tex. App.CEastland
2005, no pet.).

Following the procedures outlined in Anders,
we have independently reviewed the record, and we agree that the appeal is
without merit.  We note that the victim
testified that appellant stabbed him twice in his stomach with a serrated knife
that was curved like a claw or talon.

Counsel has the responsibility to advise appellant
that he may file a petition for discretionary review by the Texas Court of
Criminal Appeals.  Ex parte Owens,
206 S.W.3d 670 (Tex. Crim. App. 2006). 
Likewise, this court advises appellant that he may file a petition for
discretionary review pursuant to Tex. R.
App. P. 66. Black v. State, 
217 S.W.3d 687 (Tex.
App.CEastland
2007, no pet.). 

The motion to withdraw is granted, and the
judgment is affirmed.

 

PER CURIAM

 

August 16, 2007

Do not publish.  See
Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J.,

McCall,
J., and Strange, J.